DANIEL G. BOGDEN
United States Attorney
SHANNON M. BRYANT (SBN #6917)
Asst. United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JEFFREY SCOTT VARNUM,<br><br>　　　　　Defendant. | Case No. 3:15-cr-00003-HDM-WGC<br>　ORDER GRANTING<br>MOTION TO SEAL<br>EXHIBIT 6 TO GOVERNMENT'S RESPONSE<br>TO DEFENDANT'S SENTENCING<br>MEMORANDUM [DOCKET #32] |

　　　The government hereby moves the Court for an order sealing Exhibit 6 to the Government's Response to Defendant's Sentencing Memorandum [Docket #32]. The Order to Seal is requested as information provided in Exhibit 6 includes Personal Identifying Information regarding individuals described in local law enforcement police reports.

　　　DATED this 27th day of July, 2015.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SHANNON M. BRYANT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ORDER

Based upon the foregoing request, the Court hereby ORDERS that Exhibit 6 to the Government's Response to Defendant's Sentencing Memorandum [Exhibit 6] shall be filed and kept under seal by the Clerk of the Court until further order of the Court, except that the employees of the United States Attorney's Office or Federal Public Defenders Office may obtain copies.

DATED this 28th day of July, 2015.

_____
HOWARD D. MCKIBBEN
United States District Judge

Dated: July 28, 2015

2